# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-CV-21372-KMM

LEXI LEIGH ZARFATI, MICHELLE WILLIAMS, JORDANA MORRIS, MARIA ANGELICA NAVAS, and GRANT WEST,

        Plaintiffs,

v.

ARTSANA USA, INC.,

        Defendant.

## JOINT NOTICE OF SETTLEMENT AND MOTION TO ADMINISTRATIVELY CLOSE CASE

Plaintiffs Lexi Leigh Zarfati, Michelle Williams, Jordana Morris, Maria Angelica Navas, and Grant West, and Defendant Artsana USA, Inc. submit this Joint Notice of Settlement pursuant to Local Rule 16.4.

The parties have reached an agreement in principle to resolve this action in its entirety on an individual (non-class) basis. The parties are in the process of finalizing and documenting the terms of that settlement, including finalizing a stipulation of dismissal, and respectfully request that the Court enter an order that administratively closes the case while the parties finalize their settlement. The parties attach a proposed order as Exhibit A.

| | |
|---|---|
| /s/ *John R. Byrne* | /s/ *Jeremy S. Smith* |
| Rachel Wagner Furst | Jeremy S. Smith (*pro hac vice*) |
|   Fla. Bar Number: 45155 | Michael Holecek, Bar No. 1035950 |
| John R. Byrne | Christopher Chorba (*pro hac vice*) |
|   Fla. Bar Number: 0126294 | Andrew M. Kasabian (*pro hac vice*) |
| Frank R. Maderal | |
|   Fla. Bar Number: 0041481 | **Gibson, Dunn & Crutcher LLP** |
| Nicole Estrada | 333 South Grand Avenue |
|   Fla. Bar Number: 1017979 | Los Angeles, CA 90071-0319 |
| | Telephone: (213) 229-7000 |

**Maderal Byrne & Furst PLLC**
2800 Ponce de Leon Boulevard, Suite 1100
Coral Gables, Florida 33134
Tel: (305) 520-5690
Email: rachel@maderalbyrne.com
Email: john@maderalbyrne.com
Email: frank@maderalbyrne.com
Email: nicole@maderalbyrne.com
Email: alejandra@maderalbyrne.com

*Counsel for Plaintiffs and the putative classes*

jssmith@gibsondunn.com
mholecek@gibsondunn.com
cchorba@gibsondunn.com
akasabian@gibsondunn.com

*Counsel for Artsana USA, Inc.*